## (June 18, 1956)

■ AGNES M. C. ALFARO, Appellant, v. CARL E. ALFARO, Respondent.— Motion to dismiss appeal, renewed on the argument thereof by permission, denied, without costs. (See *Alfaro* v. *Alfaro,* 2 A D. 2d 693.) The appeal was timely, since it was properly taken from the resettled judgment which superseded the original judgment. (*Stueck* v. *Drincup Vendors,* 268 App. Div. 878; *Elette* v. *Ziperstein,* 275 App. Div. 946; *Coffey* v. *Lexow,* 198 App. Div. 791.) Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ COMMERCIAL STATE BANK AND TRUST COMPANY OF NEW YORK, Appellant, v. LOUIS SILVERMAN et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ BRUCE M. HALDEMAN, Respondent, v. CHARLES M. JAEGER et al., Copartners Doing Business as Manhasset Machine Co., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Claim of VALSTREY SERVICE CORPORATION, Appellant, against BOARD OF ELECTIONS NASSAU COUNTY et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 976.]

■ JAMAICA NATIONAL BANK OF NEW YORK, Respondent, v. EDWARD LEVIN et al., Individually and Doing Business under the Name of MANNING'S TIRE & BATTERY SERVICE, Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ ELIZABETH K. LEONARD, Respondent, v. THOMAS D. LEONARD, JR., Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. Motion by appellant for reargument to a stated limited extent granted with respect to costs and disbursements and, on such reargument, the decision of this court handed down April 30, 1956, is amended by striking from the decretal paragraph the words and figure "with $10 costs and disbursements" and by substituting therefor the words "without costs". Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See 1 A D 2d 981.]

■ GOLDIE NEIBERG et al., Respondents, v. REMSENBURG REALTY CORPORATION et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 825.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL PRITCHETT, JR., Appellant, against FRANCES W. PRITCHETT, Respondent.— Motion, made on the ground of alleged substantial change of circumstances, to modify order of this court entered May 16, 1956, denied, without costs, and without prejudice to any application which the appellant may be advised to make at Special Term. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 1009.]

■ DAVID RASKIN, Appellant, v. HENRY J. HELD et al., Respondents.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.